IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97-cr-38-04

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| REYNALDO OMAR GOMEZ-FELIZ | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |

**BEFORE THE COURT** is the United States' Petition for Remission of Fine. The Petition is **GRANTED** for the grounds stated therein. The $1,000 fine is remitted.

**SO ORDERED.**

Signed: November 20, 2015

Richard L. Voorhees
United States District Judge